IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ZELAJA ALCONNA BATTLES,

    Plaintiff,

v.

DEPARTMENT OF CORRECTIONS;
BRAD CAIN, Superintendent of
Snake River Correctional Institution;
JULINA CLAUS, Mail Room Supervisor;
K. WATTS, Education Coordinator for
TVCC; M. PACHERO, Education
Coordinator for TVCC; J. WOODLAND,
Captain; and J. TAYLOR, Grievance
Coordinator,

    Defendants.

Case No. 2:19-cv-01727-AC

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge Acosta issued a Findings and Recommendation [52] on July 7, 2020, in which he recommends the Court grant Defendants Watts and Pachero's Motion to Dismiss [38].

1 - ORDER

Plaintiff timely filed objections to the Findings and Recommendation. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes that the objections do not provide a basis to modify the recommendation. The Court has also reviewed the pertinent portions of the record de novo and finds no error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court adopts Magistrate Judge Acosta's Findings and Recommendation [52]. Accordingly, Defendants Watts and Pachero's Motion to Dismiss [38] is granted without prejudice. Plaintiff may file a Second Amended Complaint within 21 days from the date of this Order.

IT IS SO ORDERED.

DATED: _____September 4, 2020_____.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER