IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ZELAJA ALCONNA BATTLES,

        Plaintiff,

     v.

DEPARTMENT OF CORRECTIONS, BRAD CAIN: *Superintendent of Snake river Correctional Inst.*, JULINA CLAUS: *Mail room supervisor.*, K. WATTS: *Education Coordinator for TVCC*, M. PACHERO: *Education Coordinator for TVCC*, J. WOODLAND: *Captain*, J. TAYLOR: *Grievance Coordinator*,

        Defendants.

No. 2:19-cv-01727-AC

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge Acosta issued a Findings and Recommendation [96], in which he recommends that the Court grant Education Defendant's Motion to Dismiss [84] and State

Defendants' Partial Motion to Dismiss [86]. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Acosta's Findings and Recommendation [96]. Accordingly, Education Defendant's Motion to Dismiss [84] and State Defendants' Partial Motion to Dismiss [86] are granted and the claims are dismissed with prejudice.

IT IS SO ORDERED.

DATED: \_\_\_\_\_May 28, 2021_____.

_____
MARCO A. HERNÁNDEZ
United States District Judge